■ The People of the State of New York, Respondent, v Alvaro Carvajal, Appellant. [865 NYS2d 588]—Order, Supreme Court, New York County (Bonnie G. Wittner, J.), rendered on or about January 12, 2007, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Friedman, Nardelli, Williams and Freedman, JJ.